No. 12–7280.  ORANGE v. LeBLANC, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS.  Ct. App.

La., 1st Cir. Certiorari denied.